UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In the matter of:

1663 60th Street LLC

Case No: 19-40183-cec
Chapter: **11**

**Debtor**
-----------------------------------------------------------------x

### ORDER TO SHOW CAUSE

Whereas, an involuntary petition under Chapter **11** having been filed on January 10, 2019 , and a summons having been issued on February 8, 2019 , and the petitioning creditors having failed to file a proof of service, it is

**ORDERED**, that the petitioning creditors appear and show cause before the Honorable Carla E. Craig , in Courtroom 3529 United States Bankruptcy Court located at **271-C Cadman Plaza East, Brooklyn, New York 11201-1800** on **April 16, 2019** , at 3:00 pm , why an order should not be entered dismissing the petition for lack of prosecution and it is further,

**ORDERED**, that the Clerk of the Bankruptcy Court serve a copy of this order by mail upon the alleged debtor and petitioning creditors on or before April 19, 2019 .



Dated: Brooklyn, New York
March 20, 2019

_____
**Carla E. Craig**
**United States Bankruptcy Judge**