| | |
|---|---|
| **Gabriel Del Virginia, Esq. (GDV-4951)**<br>**LAW OFFICES OF GABRIEL DEL VIRGINIA**<br>30 Wall Street, 12th Floor,<br>New York, New York 10005.<br>Telephone: 212-371-5478<br>Facsimile: 212-371-0460<br>gabriel.delvirginia@verizon.net<br>*Attorneys for Petitioning Creditors.* | Hearing Date: April 16, 2019<br>Hearing Time: 3:00 p.m. |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
In re

 1663 60th Street LLC

                                           Chapter 11
                                           Case No. 1-19-40183-CEC

Alleged Debtor.
----------------------------------------------------------X

## CONSENT TO DISMISSAL OF CASE.

      **PLEASE TAKE NOTICE** that Frenkel, Hershkowitz & Shafran LLP, Berel Strulowitz, and Joseph Lax, petitioning creditors herein, have no objection, and consent to dismissal of the instant case.

      Dated:      April 15, 2019
                        New York, New York.

                                           **LAW OFFICES OF GABRIEL DEL VIRGINIA**
                                           *Attorneys for Petitioning Creditors.*

                                           By: */s/ Gabriel Del Virginia*
                                           Gabriel Del Virginia (GDV-4951)
                                           30 Wall Street-12th Floor,
                                           New York, New York 10005.
                                           Telephone: 212-371-5478
                                           Facsimile: 212-371-0460
                                           gabriel.delvirginia@verizon.net